UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

IN RE:   JEFFREY J. THIBODEAUX                         CASE NO. 16-20529
         STEFANIE S. THIBODEAUX                        CHAPTER 7

## MOTION FOR RELIEF FROM AUTOMATIC STAY

The motion of WELLS FARGO BANK, N.A. ("Movant"), a secured creditor, respectfully represents:

1.

The Debtor in the above entitled and numbered case filed a voluntary petition for relief under the provisions of Chapter 13 of the United States Bankruptcy Code on June 16, 2016. The case then converted to a Chapter 7 on February 24, 2017.

2.

This Honorable Court has jurisdiction over this matter pursuant to the provisions of inter alia 11 U.S.C. 362 and 28 U.S.C. 157 and 1334.

3.

Movant is the entity entitled to enforce a note in the original principal amount of $260,482.00, dated August 05, 2013 executed by Jeffrey J Thibodeaux, and secured by a mortgage executed by Jeffrey J Thibodeaux and Stefanie S Thibodeaux, recorded at Instrument No. 3106147 Book 4367 Page 95, in the records of Calcasieu Parish, Louisiana, affecting the following described property located in Sulphur, Louisiana:

> THE EAST 40 FEET OF LOT 17, LESS THE NORTH 3 FEET THEREOF; AND ALL OF LOT 18, LESS THE NORTH 3 FEET THEREOF; LOCATED IN BLOCK A OF FOREST HILLS SUBDIVISION UNIT 1, AS PER PLAT RECORDED, CALCASIEU PARISH, LOUISIANA, TOGETHER WITH ALL IMPROVEMENTS SITUATED THEREON.

bearing the municipal address of 1504 Diane Drive, Sulphur, Louisiana 70663.

4.

Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

5.

The Debtors are in default on the obligations under the Note and Mortgage to Movant. As of April 04, 2017, the Debtors are delinquent for the months of October 1, 2015 through June 1, 2016 on the direct monthly mortgage payments of $1,624.84 each, and July 1, 2016 through April 1, 2017 on the direct monthly mortgage payments of $1,659.32 each.

6.

The payoff of the subject loan as of April 04, 2017, is $275,361.24, not including attorney's fees.

7.

The value of the property as reflected by the Debtor's Schedules, and to which Creditor stipulates for purposes of this motion only, is $211,000.00. This value is less than the amount of the payoff described above. Therefore, there is no equity in the property for the benefit of unsecured creditors.

8.

For the foregoing reasons, Movant requests that the automatic stay in this case be lifted insofar as the property described in Paragraph (3) hereof is affected thereby.

WHEREFORE, MOVANT PRAYS that after all delays have elapsed and proceedings are had, this Honorable Court enter an order terminating the automatic stay provided for by 11

U.S.C. 362(a) as to the estate of the Debtors so to allow Movant to enforce any and all rights it has in respect to the property described in Paragraph (3) herein via state court foreclosure proceedings or otherwise.

MOVANT FURTHER PRAYS:

(I) that Movant be awarded reasonable attorney's fees and costs in conjunction with the filing of this motion;

(II) that the fourteen (14) day stay of an order lifting stay as provided in Bankruptcy Rule 4001(a)(3) be waived and dispensed with;

(III) that any order remain in effect regardless of conversion to another Chapter;

(IV) that the right to file an amended unsecured claim for any deficiency is reserved;

(V) that it be permitted to contact Debtor(s) and/or Debtor's Counsel for the purpose of engaging in discussions and consideration of loss mitigation options, solutions and/or resolutions including, but not limited to, a loan modification or other loss mitigation alternatives.

DEAN MORRIS, L.L.C.
1820 Avenue of America
P. O. Box 15270
Monroe, LA 71207-5270
(318) 388-1440

/S/ Jason R. Smith
ATTORNEY FOR CREDITOR